(112 So. 759)

**TALLASSEE MOTOR CO. v. GILLILAND BROS. (5 Div. 980.)**

Supreme Court of Alabama. March 31, 1927.
Rehearing Denied May 26, 1927.

Certiorari to Court of Appeals.

Huddleston & Glover, of Wetumpka, for petitioner.

Oakley W. Melton, of Wetumpka, opposed.

PER CURIAM. Petition of Gilliland Bros. for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tallassee Motor Co. v. Gilliland Bros., 112 So. 758.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.